UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                   Case No. 12 B 28329
    Kayode Y Bankole
    Rodie M Bankole
         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/17/2012.

2) The plan was confirmed on 10/10/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 06/17/2015.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,172.58 |
| Less amount refunded to debtor | $297.32 |

**NET RECEIPTS:** $16,875.26

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $684.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,184.53

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS | Unsecured | 9,500.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,266.00 | 1,266.26 | 1,266.26 | 13.17 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,105.00 | 1,104.71 | 1,104.71 | 11.49 | 0.00 |
| American InfoSource LP as Agent | Unsecured | NA | 1,098.47 | 1,098.47 | 11.42 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,600.00 | 1,246.81 | 1,246.81 | 12.97 | 0.00 |
| Armor Systems Corporation | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 879.00 | 885.13 | 885.13 | 9.20 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 2,650.00 | 2,741.51 | 2,741.51 | 36.62 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Automotive Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Home Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 2,058.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 18,664.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CitiMortgage Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 300.00 | 366.00 | 366.00 | 0.00 | 0.00 |
| Colorado Student Loan Program | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit Service Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Conserve F S | Unsecured | 2,605.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Daniels Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 9,223.78 | 9,223.78 | 123.18 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 9,436.62 | 9,436.62 | 126.03 | 0.00 |
| Educational Credit Management Corp | Unsecured | 48,519.00 | 59,353.85 | 59,353.85 | 792.70 | 0.00 |
| Educational Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 927.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ER Solutions | Unsecured | 926.00 | NA | NA | 0.00 | 0.00 |
| FedLoan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fireside Loan | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great Plains Lending | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Holiday Rent -A- Car | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 150.44 | 150.44 | 0.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | 1,127.00 | 784.60 | 784.60 | 8.16 | 0.00 |
| LVNV Funding | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| National Capital Management LLC | Unsecured | 11,288.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 1,905.04 | 1,905.04 | 25.44 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,041.00 | 985.10 | 985.10 | 10.24 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 1,127.94 | 1,127.94 | 11.73 | 0.00 |
| Portfolio Recovery Associates | Secured | 11,288.00 | 10,150.00 | 10,150.00 | 10,150.00 | 604.96 |
| Quantum3 Group | Unsecured | 1,927.00 | 2,519.97 | 2,519.97 | 33.65 | 0.00 |
| Sallie Mae | Unsecured | 1,000.00 | 2,116.46 | 2,116.46 | 0.00 | 0.00 |
| SLC Conduit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLC Conduit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 3,173.00 | 3,354.68 | 3,354.68 | 44.80 | 0.00 |
| United States Dept Of Education | Unsecured | 45,815.00 | 49,278.61 | 49,278.61 | 658.14 | 0.00 |
| University Of Phoenix | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| University Of Phoenix | Unsecured | 1,211.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | NA | 656.70 | 656.70 | 6.83 | 0.00 |
| US Bank | Unsecured | NA | 38.00 | 38.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,150.00 | $10,150.00 | $604.96 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,150.00** | **$10,150.00** | **$604.96** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$149,890.68** | **$1,935.77** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,184.53 |
| Disbursements to Creditors | $12,690.73 |
| **TOTAL DISBURSEMENTS**: | **$16,875.26** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/30/2015        By: /s/ Marilyn O. Marshall
                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**